**Order entered April 23, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00308-CR

### ROBERT EARL OLIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-60922-N

## ORDER

We **GRANT** Official Court Reporter Sandra A. Hughes's April 21, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **FIFTEEN DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Official Court Reporter Sandra A. Hughes, Dallas County District Clerk Gary Fitzsimmons, and the Dallas County District Clerk, Criminal Records Division.

/s/     LANA MYERS
        JUSTICE